IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:23-cv-00163-SPM

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ARCADIA ACADEMY, LLC d/b/a THEE
ABBEY KITCHEN,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Arcadia Academy, LLC d/b/a Thee Abbey Kitchen ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: August 19, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorney for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>    Daniel DeSouza, Esq. | FORTMAN SPANN, LLC<br>250 St. Catherine Street<br>Florissant, MO 63031<br>Telephone: (314) 524-1519<br>kms@fortmanlaw.com<br><br>*Attorney for Defendant*<br><br>By: /s/ Kelly M. Spann<br>    Kelly M. Spann, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.