IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:23-cv-00163-SPM

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ARCADIA ACADEMY, LLC d/b/a THEE
ABBEY KITCHEN,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Arcadia Academy, LLC d/b/a Thee Abbey Kitchen ("Defendant") (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement and mutual general release that fully resolves this lawsuit.

**So Ordered**

**Sep 22, 2023**

Respectfully submitted on September 21, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorney for Plaintiff*<br><br>By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq. | FORTMAN SPANN, LLC<br>250 St. Catherine Street<br>Florissant, MO 63031<br>Telephone: (314) 524-1519<br>kms@fortmanlaw.com<br><br>*Attorney for Defendant*<br><br>By: /s/ Kelly M. Spann___<br>    Kelly M. Spann, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza_____
    Daniel DeSouza, Esq.